AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michel Andre Dukes, Sr., also known as Michael A. Dukes, also known as Michael Andre Dukes,<br>*Plaintiff*<br>v.<br>J. Gregory Hembree, Solicitor Fifteenth Judicial Circuit, both in his official and individual capacities; George H. Debusk, Jr., Senior Solicitor, State of SC office of the Solicitor fifteenth Judicial circuit, both in his official and individual capacities; and James E. Brown, Police Officer, North Myrtle Beach Police Department, both in the official and individual capacities,<br>*Defendants* | )<br>)<br>)   Civil Action No.   4:14-cv-04889-DCN<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Michel Andre Dukes, Sr., shall take nothing of the defendants; J. Gregory Hembree, George H. Debusk, Jr., and James E. Brown, from the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the complaint without prejudice.

Date:  February 13, 2015                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/G. Mills
                                                                          _____
                                                                          *Signature of Clerk or Deputy Clerk*